**Chant'e N. HODGE; Harold Hodge,**
**Plaintiffs—Appellants,**

v.

**GIANT FOOD INCORPORATED; Giant California Maryland Store; Dick Baird; Rose Calyg, of California Store; Greg Hilliard; Mike Kubisiah, Defendants—Appellees.**

No. 03–1402.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 6, 2003.

Decided Nov. 20, 2003.

Chant'e N. Hodge, Harold Hodge, pro se. Connie Nora Bertram, Patricia A. Exposito, Venable, Baetjer, Howard & Civiletti, L.L.P., Washington, D.C., for Appellees.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

* *U.S. Sentencing Guidelines Manual* (2001).

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Appellants, Chant'e N. Hodge and Harold Hodge, appeal the district court's order dismissing their civil action. Appellants failed to file a notice of appeal within the prescribed thirty-day period following final entry of the district court's order. *See* Fed. R.App. P. 4(a)(1)(A). Although the district court's order was entered on February 26, 2003, the Appellants did not file a notice of appeal until March 31, 2003, three days past the expiration of the appeal period. Moreover, the Appellants did not file for an extension of time of the appeal period under Federal Rule of Appellate Procedure 4(a)(5) or to reopen the appeal period under Federal Rule of Appellate Procedure 4(a)(6). Because timely filing of a notice of appeal is mandatory and jurisdictional, *see Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1973), we lack jurisdiction to entertain the appeal. Accordingly, we dismiss the appeal on this ground. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*